**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| IN RE APPLICATION OF SIME DARBY ) <br> PLANTATION BERHAD PURSUANT TO ) <br> 28 U.S.C. § 1782 TO CONDUCT DISCOVERY ) <br> FOR USE IN FOREIGN PROCEEDINGS ) <br> ) | Case No. 1:21-mc-00006 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

On Friday, March 12, 2021, the Malaysian Securities Commission informed Petitioner Sime Darby Plantation Berhad that, at this time, it is not commencing a formal investigation of the allegations set forth in Respondent Duncan Jepson's complaint. Accordingly, Petitioner, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files this notice to dismiss the above-captioned case without prejudice.

Date: March 16, 2021

Respectfully submitted,

/s/ Scott M. Dinner

John R. Sandweg (admission *pro hac vice* pending)
Scott M. Dinner (VSB No. 85577)
NIXON PEABODY LLP
799 Ninth Street, NW, Suite 500
Washington, D.C. 20001-4501
Tel.: (202) 585-8505
Fax: (844) 996-1233
jsandweg@nixonpeabody.com
sdinner@nixonpeabody.com

*Counsel for Petitioner Sime Darby Plantation Berhad*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2021, I caused a copy of the foregoing Notice of Dismissal Without Prejudice to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notice to all parties indicated on the electronic filing receipt.

/s/ Scott M. Dinner
*Counsel for Petitioner*